LIZZIE GUIBERT, Respondent, *v.* CARRIE P. SAUNDERS et al., Respondents, WILLIAM B. WHITMAN et al., Appellants.

(Argued March 16, 1891; decided April 7, 1891.)

APPEAL, under section 1336 of the Code of Civil Procedure, from final judgment in favor of plaintiff, entered upon the report of a referee after an affirmance by the General Term of the Supreme Court in the first judicial department, by order made the first Monday of January, 1884, of an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edwin Countryman* for appellants.

*James M. Hunt* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JAMES B. TITMAN, as Administrator, etc., et al., Respondents, *v.* THE TWELFTH WARD BANK, Impleaded, etc., Appellant.

(Argued March 16, 1891; decided April 7, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 29, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Wheeler H. Peckham* and *J. Newton Fiero* for appellant.

*L. Laflin Kellogg* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.